[No. 13327-3-III.     Division Three.     December 6, 1994.]

THE STATE OF WASHINGTON, *on the relation of Chelser Brianne Dunkin,* ET AL, *Respondent,* v. NIKKI JO DUNKIN, *Statutory Party,* ALLYN JAMES MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 88-5-00099-1, Christopher E. Culp, J. Pro Tem., entered May 13, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 13324-9-III.     Division Three.     December 6, 1994.]

RUSSELL HODGES, ET AL, *Respondents,* v. PENNY GUPTIL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 92-2-00329-8, Michael E. Cooper, J., entered May 10, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 13125-4-III.     Division Three.     December 6, 1994.]

JERRY HARNESS, *Appellant,* v. PACIFICORP, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-01667-3, Michael E. Leavitt, J., entered February 26, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.